UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEJANDRO DIAZ<br>(aka Osmin Juarez)<br><br>*Plaintiff*<br><br>v.<br><br>THE DISTRICT OF COLUMBIA;<br>CORRECTIONS CORPORATION OF<br>AMERICA, INC.; DEVON BROWN,<br>Individually and in His Official<br>Capacity Director, DC Department of<br>Corrections; JOHN D. CAULFIELD,<br>Individually and in His Official<br>Capacity Warden, Correctional<br>Treatment Facility, Corrections<br>Corporation of America; MARQUIS<br>JOHNSON, Individually and in His<br>Official Capacity Correctional Officer,<br>Correctional Treatment Facility;<br><br>*and*<br><br>JOHN DOE, Individually and in His<br>Official Capacity Correctional Officer,<br>Correctional Treatment Facility,<br>Corrections Corporation of America<br><br>*Defendants* | Civil Action No. 1:06CV01845 EGS |

## DEFENDANTS CAULFIELD, JOHNSON AND CORRECTIONS CORPORATION OF AMERICA'S DEMAND FOR JURY TRIAL

Defendants John Caulfield, Marquis Johnson and Corrections Corporation of America ("CCA"), through counsel and Pursuant to Rule 38, Federal Rules of Civil

Procedure, hereby requests a trial by jury of all triable issues in the above-captioned matter.

Respectfully submitted this 22nd day of November, 2006.

                                       s/ Daniel P. Struck
                                       Daniel P. Struck
                                       (D.C. Bar No. CO0037)
                                       JONES, SKELTON & HOCHULI, P.L.C.
                                       2901 N. Central Avenue, Suite 800
                                       Phoenix, Arizona 85012
                                       Telephone: (602) 714-7304
                                       Facsimile: (602) 200-7811 (direct)

                                       Kelvin L. Newsome
                                       (D.C. Bar No. 439206)
                                       Rebecca E. Kuehn (D.C. Bar No. 447481)
                                       LECLAIR RYAN, A PROFESSIONAL CORPORATION
                                       225 Reinekers Lane, Suite 700
                                       Alexandria, Virginia 22314
                                       Telephone: (703) 647-5928
                                       Facsimile: (703) 647-5978 (direct)

                                       Counsel for Defendants *John Caulfield, Marquis Johnson, and Corrections Corporation of America*

Foregoing electronically filed this
22nd day of November, 2006.

       s/ Daniel P. Struck

1715876.1

- 2 -