IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEJANDRO DIAZ <br> (aka Osmin Juarez), <br> <br> Plaintiff, <br> <br> v. <br> <br> THE DISTRICT OF COLUMBIA, *et al.*, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06-CV-1845 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Megan S. Ben'Ary hereby enters her appearance as co-counsel for Defendants John Caulfield, Marquis Johnson and Corrections Corporation of America. Ms. Ben'Ary's contact information is as follows:

Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone No.: (703) 684-8007
Facsimile No.: (703) 684-8075
megan.benary@leclairryan.com

                                                     Respectfully submitted,

                                                            /s/  Megan S. Ben'Ary
                                                      Kelvin L. Newsome (D.C. Bar No. 439206)
                                                      LeClair Ryan
                                                      999 Waterside Drive, Suite 2525
                                                      Norfolk, VA 23510
                                                      Telephone No.: (757) 441-8938
                                                      Facsimile No.:  (757) 441-8988

                                                      Megan S. Ben'Ary (D.C. Bar No. 493415)
                                                      LeClair Ryan
                                                      225 Reinekers Lane, Suite 700
                                                      Alexandria, VA 22314
                                                      Telephone No.: (703) 684-8007
                                                      Facsimile No.: (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Telephone No.:  (602) 263-7323
Facsimile No.:   (602) 200-7811

Filed electronically this 27th day of November, 2006.