IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEJANDRO DIAZ<br>(aka Osmin Juarez),<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-CV-1845 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as co-counsel for Defendants John Caulfield, Marquis Johnson and Corrections Corporation of America.  Mr. Newsome's contact information is as follows:

Kelvin L. Newsome
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988
kelvin.newsome@leclairryan.com

Respectfully submitted,

     /s/  Kelvin L. Newsome
Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:   (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
Telephone No.:  (602) 263-7323
Facsimile No.:   (602) 200-7811

Filed electronically this 27th day of November, 2006.