UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEJANDRO DIAZ, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>      Defendants. )<br>_____ ) | Civil Action No. 06-1845 (EGS) |

### DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendant District of Columbia[1], through counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully moves this Court to extend the time to respond to the Complaint for thirty (30) days, through and including December 29, 2006. Counsel for plaintiff consents to the relief requested herein. In support of this motion, the District states as follows:

    1.    In his complaint, plaintiff alleges that he was unlawfully assaulted on June 30, 2006, at the Correctional Treatment Facility, which is operated by the Corrections Corporation of America, Inc.

    2.    Undersigned counsel has just been assigned the case, and the District requires additional time to investigate the allegations contained in the complaint. In addition, the District has requested outside representation in this matter and is still awaiting a formal response to this request.

---

[1] Defendant Devon Brown, Director of the D.C. Department of Corrections, is also named as a defendant in his individual and official capacities, although undersigned counsel is not aware that he has been served with the complaint. To the extent that it turns out Director Brown has been properly served, the District requests that the requested extension protectively include this defendant as well.

    3.       Plaintiff's counsel consents to the relief requested herein.

    4.       This request is the District's first request for an extension of time to respond to the complaint.

    5.       The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, the District respectfully requests an extension of time to respond to plaintiff's complaint, through and including December 29, 2006.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Phillip A. Lattimore /s/
PHILLIP A. LATTIMORE [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

LOCAL RULE 7(m) CERTIFICATE

Plaintiff's counsel consented to the relief requested herein.

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEJANDRO DIAZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1845 (EGS) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

1. Fed. R. Civ. P. 6(b).

2. The inherent powers of this Court.

3. The reasons stated in the Defendant District of Columbia's Consent Motion to Extend Time to Respond to the Complaint.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore /s/
PHILLIP A. LATTIMORE [422968]
Chief, General Litigation Section III

2

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEJANDRO DIAZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1845 (EGS) |

ORDER

Upon consideration of defendant District of Columbia's consent motion to extend time to respond to the complaint, the memorandum of points and authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2006,

ORDERED, that the defendant District of Columbia's consent motion to extend time to respond to the complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the time for the District of Columbia to respond to the complaint is extended through and including December 29, 2006.

_____
EMMET G. SULLIVAN
U.S. DISTRICT JUDGE