UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEJANDRO DIAZ
(aka Osmin Juarez)

vs.                               CIVIL ACTION NO. 1:06CV01845 (EGS)

DISTRICT OF COLUMBIA, et al.

### AFFIDAVIT OF SERVICE

I, Miguel A. Serrano, hereby declare that on the 6th day of November, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to John D. Caulfield in his Official Capacity. Attached hereto is the certified green card acknowledging service.

[Certified mail green card (PS Form 3811) addressed to: John D. Caulfield, Warden, CTF/CCA, 1901 E. St., SE, Washington, DC 20003 — Official Capacity. Article Number: 7005 3110 0003 0293 1935. Signature: Walker; Received by (Printed Name): Bernard Walker. Certified Mail checked; Restricted Delivery: Yes.]

Miguel A. Serrano
1700 Pennsylvania Ave, NW, Suite 400
Washington, DC 20006
202-452-1160