UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEJANDRO DIAZ
    (aka Osmin Juarez)

vs.                          CIVIL ACTION NO. 1:06CV01845 (EGS)

DISTRICT OF COLUMBIA, *et al.*

## AFFIDAVIT OF SERVICE

I, Miguel A. Serrano, hereby declare that on the 6th day of November, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Marquis Johnson in his Official Capacity. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt (PS Form 3811) attached, addressed to:
MARQUIS JOHNSON, Correctional Officer - CTF, CCA, 1901 E. St., SE, Washington DC 20003, OFFICIAL CAPACITY. Article Number: 7005 3110 0003 0293 1904. Signed by Bernard Wallace.]

Miguel A. Serrano
1700 Pennsylvania Ave, NW, Suite 400
Washington, DC 20006
202-452-1160