UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEJANDRO DIAZ
   (aka Osmin Juarez)

vs.                            CIVIL ACTION NO. 1:06CV01845 (EGS)

DISTRICT OF COLUMBIA, *et al.*

## AFFIDAVIT OF SERVICE

I, Miguel A. Serrano, hereby declare that on the 6th day of November, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to John D. Caulfield in his Individual Capacity. Attached hereto is the certified green card acknowledging service.

Miguel A. Serrano
1700 Pennsylvania Ave, NW, Suite 400
Washington, DC 20006
202-452-1160