UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEJANDRO DIAZ
    (aka Osmin Juarez)

    vs.                         CIVIL ACTION NO. 1:06CV01845 (EGS)

DISTRICT OF COLUMBIA, *et al.*

AFFIDAVIT OF SERVICE

I, Miguel A. Serrano, hereby declare that on the 6th day of November, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to District of Columbia Office of the Attorney General. Attached hereto is the certified green card acknowledging service.

[Certified mail return receipt (PS Form 3811) attached, showing:
- Article Addressed to: DISTRICT OF COLUMBIA Office of the Attorney Gen. 441 4th St., NW 6 Floor South Washington, DC 20001
- Signature received by D. Dunmore
- Date of Delivery: 11-7-06
- Service Type: Certified Mail
- Article Number: 7005 3110 0003 0293 1942]

Miguel A. Serrano
1700 Pennsylvania Ave, NW, Suite 400
Washington, DC 20006
202-452-1160