# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ   (aka Osmin Juarez) | : : : | |
| *Plaintiff* | : : | |
| v. | : : | Civil Action No. 1:06-cv-01845 EGS |
| THE DISTRICT OF COLUMBIA; CORRECTIONS CORPORATION OF AMERICA, INC.; DEVON BROWN, Individually and in His Official Capacity Director , DC Department of Corrections; JOHN D. CAULFIELD, Individually and in His Official Capacity Warden, Correctional Treatment Facility, Corrections Corporation of America; MARQUIS JOHNSON, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility; | : : : : : : : : : : : : | |
| *and* | : : | |
| JOHN DOE, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility, Corrections Corporation of America | : : : : : | |
| *Defendants.* | : | |

## DEFENDANTS DISTRICT OF COLUMBIA AND DEVON BROWN'S DEMAND FOR JURY TRIAL

Defendants, District of Columbia ("D.C.") and Devon Brown, Director of the D.C. Department of Corrections, through counsel, and pursuant to Rule 38, FED.R.CIV.P., hereby request a trial by jury of all triable issues in the above-captioned matter.

- 2 -

Respectfully submitted this 4th day of January, 2007.

      s/ Daniel P. Struck
Daniel P. Struck
(D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 714-7304
Facsimile: (602) 200-7811 (direct)

Paul J. Maloney (D.C. Bar No. 3632533)
Mariana D. Bravo (D.C. Bar No. 473809)
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 310-5500
Facsimile:  (202) 310-5555

Counsel for Defendants *John Caulfield, Marquis Johnson, Corrections Corporation of America, District of Columbia and Devon Brown, Director, D.C. Department of Corrections*

1729289.1

- 2 -