UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ALEJANDRO DIAZ (a/k/a OSMIN JAUREZ), : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, *et al.*, : <br> : <br> Defendants. : | Civil Action No. 06cv1845(EGS) |

## ENTRY AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Paul J. Maloney, Esq., Mariana D. Bravo, Esq. and Colleen E. Durbin, Esq. on behalf of defendants District of Columbia, Corrections Corporation of America, Devon Brown, John D. Caulfield and Marquis Johnson in the above entitled matter.

Please withdraw the appearance of Kelvin L. Newsome, Esq. and Megan Starace Ben'Ary, Esq. on behalf of District of Columbia, Corrections Corporation of America, Devon Brown, John D. Caulfield and Marquis Johnson in the above entitled matter.

entry of appearance diaz

                                                                Respectfully submitted,

LeCLAIR RYAN                                             CARR MALONEY P.C.

| *Megan Ben'Ary / with permission by C. Durbin* | *Colleen E. Durbin* |
|---|---|
| Kelvin L. Newsome, Esq. #439206<br>Megan Starace Ben'Ary, Esq. #493415<br>225 Reinekers Lane<br>Suite 700<br>Alexandria, VA 22314<br>(703) 647-5933 (Telephone)<br>(703) 647-5983 (Facsimile) | Paul J. Maloney, Esq. #362533<br>pjm@carrmaloney.com<br>Mariana D. Bravo, Esq. # 473809<br>mdb@carrmaloney.com<br>Colleen E. Durbin, Esq. #500039<br>ced@carrmaloney.com<br>1615 L Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>(202) 310-5592 (Telephone)<br>(202) 310-5555 (Facsimile) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically transmitted on this 23rd day of January to:

> Miguel A. Serrano, Esquire
> 1700 Pennsylvania Avenue, N.W.
> Suite 400
> Washington, D.C. 20006
>
> Daniel P. Struck, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Ave.
> Suite 800
> Phoenix, Arizona 85012

*/s/ Colleen E. Durbin*
Colleen E. Durbin

entry of appearance diaz