UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| ALEJANDRO DIAZ (aka OSMIN JUAREZ), : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:06cv1845 |
| : | |
| CORRECTIONS CORPORATION OF : | |
| AMERICA, et al., : | |
| : | |
| Defendants. : | |

### ENTRY OF APPEARANCE OF MARIANA D. BRAVO AND PAUL J. MALONEY

PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Paul J. Maloney, Esquire as co-counsel for Corrections Corporation of America, the District of Columbia, Devon Brown, John D. Caufield, and Marquis Johnson.

Respectfully submitted,

CARR MALONEY P.C.                                CARR MALONEY P.C.

_____          _____
Paul J. Maloney, #362533                         Mariana D. Bravo, #437809
1615 l Street, N.W., Suite 500                   1615 L Street, N.W.
Suite 500                                         Suite 500
Washington, D.C. 20036                            Washington, D.C. 20036
(202) 310-5500 (telephone)                        (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)                        (202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was mailed, postage pre-paid, on this 13th day of February, 2007 to:

> Miguel A. Serrano, Esquire
> 1700 Pennsylvania Avenue, N.W.
> Suite 400
> Washington, D.C.  20006
>
> Daniel Struck, Esquire
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Ave.
> Suite 800
> Phoenix, Arizona 85012

_____
Mariana D. Bravo

_____
Paul J. Maloney

20070213-NOG-9 (entry of appearance of PJM, MDB)