UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| ALEJANDRO DIAZ (aka OSMIN JUAREZ), | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:06cv1845 |
| | : | |
| CORRECTIONS CORPORATION OF | : | |
| AMERICA, et al., | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE OF MARIANA D. BRAVO AND PAUL J. MALONEY

PLEASE ENTER the appearance of Mariana D. Bravo, Esquire and Paul J. Maloney, Esquire as co-counsel for Corrections Corporation of America, the District of Columbia, Devon Brown, John D. Caufield, and Marquis Johnson.

Respectfully submitted,

CARR MALONEY P.C.                                    CARR MALONEY P.C.

_____            _____
Paul J. Maloney, #362533                             Mariana D. Bravo, #437809
1615 l Street, N.W., Suite 500                        1615 L Street, N.W.
Suite 500                                                     Suite 500
Washington, D.C. 20036                               Washington, D.C.  20036
(202) 310-5500 (telephone)                           (202) 310-5500 (telephone)
(202) 310-5555 (facsimile)                            (202) 310-5555 (facsimile)

20070213-NOG-9 (entry of appearance of PJM, MDB)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was mailed, postage pre-paid, on this 13th day of February, 2007 to:

Miguel A. Serrano, Esquire
1700 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C.  20006

Daniel Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Ave.
Suite 800
Phoenix, Arizona 85012

_____
Mariana D. Bravo

_____
Paul J. Maloney

20070213-NOG-9 (entry of appearance of PJM, MDB)