UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ (aka Osmin Juarez) | : : : | |
| *Plaintiff* | : : | |
| v. | : : : | Case No.: 1:06CV01845 (EGS) |
| THE DISTRICT OF COLUMBIA; CORRECTIONS CORPORATION OF AMERICA, INC.; DEVON BROWN, Individually and in His Official Capacity Director , DC Department of Corrections; JOHN D. CAULFIELD, Individually and in His Official Capacity Warden, Correctional Treatment Facility, Corrections Corporation of America; MARQUIS JOHNSON, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility; | : : : : : : : : : : : : : : | |
| *and* | : : | |
| JOHN DOE, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility, Corrections Corporation of America | : : : : : | |
| *Defendants* | : : | |

MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned attorney, Paul Maloney, Esquire, in accordance with the provisions of LCvR 83.2(d) and moves this Court for the entry of an Order admitting Rachel Love Halvorson *pro hac vice* for purposes of participation in discovery and at the trial of the above-styled case on behalf of Defendants, *District of Columbia, Corrections Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson* , and

2007045-NOG-11 (pro hac vice motion)

IN ACCORDANCE with the provisions of LCvR 83.2(d), the Declaration of Rachel Love Halvorson Seeking *Pro Hac Vice* Admission is attached.

                           Respectfully submitted,

                           CARR MALONEY, P.C.

            By   /s/
                  Paul Maloney, #362533
                  Mariana Bravo, # 473809
                  Colleen E. Durbin, #500039
                  1615 L. St. NW, Ste. 500
                  Washington, D.C. 20036
                  Telephone (202) 310-5500
                  Fax (202) 310-5555

                  Daniel P. Struck (D.C. Bar No. C00037)
                  JONES, SKELTON & HOCHULI, P.L.C.
                  2901 North Central Avenue, Suite 800
                  Phoenix, Arizona 85012
                  Telephone:   (602) 263-1700
                  Facsimile:    (602) 263-1784

                  Counsel for Defendants *District of Columbia, Corrections Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion *Pro Hac Vice* was mailed, postage pre-paid, on this 5th day of April, 2007 to:

    Khadijah R. Ali, Esquire
    Law Offices of Khadijah R. Ali
    216 G Street, N.E.
    Washington, D.C.  20002

    Jennifer Holsman, Esquire
    Jones, Skelton & Hochuli, P.C.
    2901 North Central Avenue
    Suite 800
    Phoenix, Arizona  85012


        /s/
    Mariana D. Bravo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ<br>  (aka Osmin Juarez) | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | Civil Action No. 1:06CV01845 |
| | : | |
| THE DISTRICT OF COLUMBIA;<br>CORRECTIONS CORPORATION OF<br>AMERICA, INC.; DEVON BROWN,<br>Individually and in His Official<br>Capacity Director , DC Department of<br>Corrections; JOHN D. CAULFIELD,<br>Individually and in His Official<br>Capacity Warden, Correctional<br>Treatment Facility, Corrections<br>Corporation of America; MARQUIS<br>JOHNSON, Individually and in His<br>Official Capacity Correctional Officer,<br>Correctional Treatment Facility; | : | Judge:    Emmet G. Sullivan<br>Calendar: |
| *and* | : | |
| JOHN DOE, Individually and in His<br>Official Capacity Correctional Officer,<br>Correctional Treatment Facility,<br>Corrections Corporation of America | : | |
| *Defendants* | : | |

**DECLARATION OF RACHEL LOVE HALVORSON**
**SEEKING *PRO HAC VICE* ADMISSION**

I, Rachel Love Halvorson, hereby declare that;

1. My full name is Rachel Love Halvorson.

2. My office address and phone number are: 2901 North Central Avenue, Suite 800,

Phoenix, Arizona, 85012; (602) 263-1726.

3. I am admitted to the Arizona State Bar, as well as the United States District Court for the District of Arizona, United States District Court for the District of Colorado and the United States Ninth Circuit Court of Appeals.

4. I have never been disciplined by any Bar and have attached a Certificate of Good Standing issued by the Supreme Court of Arizona.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

Rachel Love Halvorson

SWORN TO AND SUBSCRIBED before me this 2nd day of April, 2007.



TONYA WEST
Notary Public - Arizona
Maricopa County
My Comm. Expires Sep 20, 2008

Notary Public

My Commission Expires: 9/20/2008

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **RACHEL LOVE HALVORSON,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 25, 1999, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 16th day of November, 2006.

Lauren E. Eiler
Disciplinary Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ (aka Osmin Juarez) | : | |
| *Plaintiff* | : | |
| v. | : | Case No.: 1:06CV01845 (EGS) |
| THE DISTRICT OF COLUMBIA; CORRECTIONS CORPORATION OF AMERICA, INC.; DEVON BROWN, Individually and in His Official Capacity Director, DC Department of Corrections; JOHN D. CAULFIELD, Individually and in His Official Capacity Warden, Correctional Treatment Facility, Corrections Corporation of America; MARQUIS JOHNSON, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility; | : | |
| *and* | : | |
| JOHN DOE, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility, Corrections Corporation of America | : | |
| *Defendants* | : | |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

UPON CONSIDERATION of the motion for entry of an Order admitting Rachel Love Halvorson *pro hac vice* in accordance with the provisions of LCvR 83.2(d),

IT IS HEREBY ORDERED that the motion is GRANTED and that Rachel Love Halvorson is admitted *pro hac vice* for purposes of participation in discovery and at the trial of the above-styled case on behalf of Defendants, District of Columbia, Corrections

2007045-NOG-12 (order re pro hac vice motion)

- 2 -

Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson.

ENTERED this _____ day of _____, 2007.

                                                          _____
                                                          Judge, United States District Court