UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ   (aka Osmin Juarez) | : : : | |
| *Plaintiff* | : : | |
| v. | : : | Civil Action No. 1:06CV01845 |
| THE DISTRICT OF COLUMBIA; CORRECTIONS CORPORATION OF AMERICA, INC.; DEVON BROWN, Individually and in His Official Capacity Director , DC Department of Corrections; JOHN D. CAULFIELD, Individually and in His Official Capacity Warden, Correctional Treatment Facility, Corrections Corporation of America; MARQUIS JOHNSON, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility; | : : : : : : : : : : : : : : | Judge:      Emmet G. Sullivan   Calendar: |
| *and* | : : | |
| JOHN DOE, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility, Corrections Corporation of America | : : : : : | |
| *Defendants* | : : | |

### NOTICE OF DEPOSITION OF ALEJANDRO DIAZ

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| PERSON TO BE EXAMINED: | Alejandro Diaz |
| DATE AND TIME OF DEPOSITION: | Tuesday, July 24, 2007 at 9:30 a.m. |
| LOCATION OF DEPOSITION: | FCI MIAMI<br>FEDERAL CORRECTIONAL INSTITUTION<br>15801 S. W. 137th Avenue<br>Miami, FL 33177<br>Telephone: (305) 259-2100<br>Facsimile: (305) 259-2160 |
| COURT REPORTER: | Friedman, Lombardi & Olson<br>19 W. Flagler Street, #924<br>Miami, FL 33130<br>Telephone: (305) 371-6677<br>Facsimile: (305) 374-5292 |

JONES, SKELTON & HOCHULI

By   s/ Rachel Love Halvorson
    Daniel P. Struck (D.C. Bar No. C00037)
    Rachel Love Halvorson (Arizona Bar No. 019881)
     Admitted Pro Hac Vice April 6, 2007
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Telephone: (602) 263-1700
    Facsimile: (602) 263-1784

    Paul Maloney (D.C. Bar No. 3632533)
    Mariana Bravo (D.C. Bar No. 473809)
    Colleen E. Durbin (D.C. Bar No. 500039)
    CARR MALONEY, P.C.
    1615 L. St. NW, Ste. 500
    Washington, D.C. 20036
    Telephone (202) 310-5500
    Facsimile: (202) 310-5555

- 3 -

                      Counsel for Defendants *District of Columbia, Corrections Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson*

Foregoing electronically filed this 14th day of June, 2007.