UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ  (aka Osmin Juarez) | : | |
| *Plaintiff* | : | |
| v. | : | Civil Action No. 1:06CV01845 |
| THE DISTRICT OF COLUMBIA; CORRECTIONS CORPORATION OF AMERICA, INC.; DEVON BROWN, Individually and in His Official Capacity Director, DC Department of Corrections; JOHN D. CAULFIELD, Individually and in His Official Capacity Warden, Correctional Treatment Facility, Corrections Corporation of America; MARQUIS JOHNSON, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility; | : | Judge:   Emmet G. Sullivan  Calendar: |
| *and* | : | |
| JOHN DOE, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility, Corrections Corporation of America | : | |
| *Defendants* | : | |

**DEFENDANTS' AMENDED UNOPPOSED MOTION
TO DEPOSE INMATE ALEJANDRO DIAZ**
*(Attaching Proposed Order and Notice of Deposition)*

**EXPEDITED RULING REQUESTED**
_____

Defendants District of Columbia, Corrections Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson, hereby request this Court issue an Order, pursuant to Fed.R.Civ/P.30(a)(2), permitting Defendants to depose inmate

Plaintiff Alejandro Diaz. Plaintiff does not oppose this Motion.

Federal Rule of Civil Procedure 30(a)(2) requires leave of Court to depose a person confined in prison. Defendants wish to depose Plaintiff Alejandro Diaz regarding who is a federal custody inmate, regarding his claim of unconstitutional and negligent conduct by Defendants (which include claims of assault, illegal searches, and retaliatory conduct by correctional officers) when Plaintiff was a District of Columbia Department of Corrections inmate incarcerated at Defendant Corrections Corporation of America's Correctional Treatment Facility located in the District.

Inmate Alejandro Diaz is currently incarcerated at the Federal Correctional Institution located in Miami, Florida. The parties have scheduled Inmate Diaz' deposition for Tuesday, July 24, 2007 at 9:30 a.m., to take place at the Federal Correctional Institution. The Warden's assistant has communicated to counsel that the Federal Correctional Institutions facility requires a copy of a Court Order authorizing the deposition in order to proceed with scheduling. The Notice of Deposition of Alejandro Diaz is filed simultaneously this same date. Because the parties have agreed to the date of July 24, 2007, for the deposition of Inmate Diaz, Defendants request expedited ruling on this motion.

Respectfully submitted,

JONES, SKELTON & HOCHULI

By  s/ Daniel P. Struck
    Daniel P. Struck (D.C. Bar No. C00037)
    Rachel Love Halvorson (Arizona Bar No. 019881)
    Admitted Pro Hac Vice April 6, 2007

        JONES, SKELTON & HOCHULI, P.L.C.
        2901 North Central Avenue, Suite 800
        Phoenix, Arizona 85012
        Telephone: (602) 263-1700
        Facsimile: (602) 263-1784

        Paul Maloney (D.C. Bar No. 3632533)
        Mariana Bravo (D.C. Bar No. 473809)
        Colleen E. Durbin (D.C. Bar No. 500039)
        CARR MALONEY, P.C.
        1615 L. St. NW, Ste. 500
        Washington, D.C. 20036
        Telephone (202) 310-5500
        Fax (202) 310-5555

        Counsel for Defendants *District of Columbia, Corrections Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson*

Foregoing electronically filed this
15th day of June, 2007.

1787840.1

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ   (aka Osmin Juarez) | : : : | |
| *Plaintiff* | : : | |
| v. | : : | Civil Action No. 1:06CV01845 |
| THE DISTRICT OF COLUMBIA; CORRECTIONS CORPORATION OF AMERICA, INC.; DEVON BROWN, Individually and in His Official Capacity Director , DC Department of Corrections; JOHN D. CAULFIELD, Individually and in His Official Capacity Warden, Correctional Treatment Facility, Corrections Corporation of America; MARQUIS JOHNSON, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility; | : : : : : : : : : : : : : : : | Judge:        Emmet G. Sullivan Calendar: |
| *and* | : : | |
| JOHN DOE, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility, Corrections Corporation of America | : : : : : | |
| *Defendants* | : : | |

## ORDER RE: DEFENDANTS' UNOPPOSED MOTION
## TO DEPOSE INMATE ALEJANDRO DIAZ
_____

Upon Motion of the Defendants, and good cause appearing therefore, it is ordered

granting Defendants' Unopposed Motion to Depose Inmate Alejandro Diaz. Defendants

1787847.1

- 2 -

may depose inmate Alejandro Diaz on July 23, 2007 at the Federal Correctional Institution in Miami, Florida.

**DONE ON THIS _____ DAY OF _____, 2007.**

By the Court:

_____
District Court Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ  (aka Osmin Juarez) | : : : | |
| *Plaintiff* | : : | |
| v. | : : | Civil Action No. 1:06CV01845 |
| THE DISTRICT OF COLUMBIA; CORRECTIONS CORPORATION OF AMERICA, INC.; DEVON BROWN, Individually and in His Official Capacity Director , DC Department of Corrections; JOHN D. CAULFIELD, Individually and in His Official Capacity Warden, Correctional Treatment Facility, Corrections Corporation of America; MARQUIS JOHNSON, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility; | : : : : : : : : : : : : : : | Judge:     Emmet G. Sullivan  Calendar: |
| *and* | : : | |
| JOHN DOE, Individually and in His Official Capacity Correctional Officer, Correctional Treatment Facility, Corrections Corporation of America | : : : : | |
| *Defendants* | : : | |

## NOTICE OF DEPOSITION OF ALEJANDRO DIAZ

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| PERSON TO BE EXAMINED: | Alejandro Diaz |
| DATE AND TIME OF DEPOSITION: | Tuesday, July 24, 2007 at 9:30 a.m. |
| LOCATION OF DEPOSITION: | FCI MIAMI<br>FEDERAL CORRECTIONAL INSTITUTION<br>15801 S. W. 137th Avenue<br>Miami, FL 33177<br>Telephone: (305) 259-2100<br>Facsimile: (305) 259-2160 |
| COURT REPORTER: | Friedman, Lombardi & Olson<br>19 W. Flagler Street, #924<br>Miami, FL 33130<br>Telephone: (305) 371-6677<br>Facsimile: (305) 374-5292 |

JONES, SKELTON & HOCHULI

By   s/ Rachel Love Halvorson
    Daniel P. Struck (D.C. Bar No. C00037)
    Rachel Love Halvorson (Arizona Bar No. 019881)
     Admitted Pro Hac Vice April 6, 2007
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona 85012
    Telephone: (602) 263-1700
    Facsimile: (602) 263-1784

    Paul Maloney (D.C. Bar No. 3632533)
    Mariana Bravo (D.C. Bar No. 473809)
    Colleen E. Durbin (D.C. Bar No. 500039)
    CARR MALONEY, P.C.
    1615 L. St. NW, Ste. 500
    Washington, D.C. 20036
    Telephone (202) 310-5500
    Facsimile: (202) 310-5555

- 3 -

>Counsel for Defendants *District of Columbia, Corrections Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson*

Foregoing electronically filed this
14th day of June, 2007.

1783403.1