UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEJANDRO DIAZ,            )
                           )
       Plaintiff,          )
                           ) Civil Action No. 06-1845 (EGS)
       v.                  )
                           )
DISTRICT OF COLUMBIA, *et al.*, )
                           )
       Defendants.         )

## ORDER

Upon consideration of Defendants' Unopposed Motion to Depose Inmate Alejandro Diaz, and finding good cause therefore, it is by the Court hereby

**ORDERED** that Defendants' motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants may depose inmate Alejandro Diaz on July 24, 2007, at the Federal Correctional Institution in Miami, Florida.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**June 15, 2007**

1