UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ : | | |
| (aka Osmin Juarez) : | | |
| : | | |
| *Plaintiff* : | | |
| : | | |
| v. : | Civil Action No. 1:06CV01845 | |
| : | | |
| THE DISTRICT OF COLUMBIA; : | | |
| CORRECTIONS CORPORATION OF : | | |
| AMERICA, INC.; DEVON BROWN, : | | |
| Individually and in His Official : | Judge: | Emmet G. Sullivan |
| Capacity Director, DC Department of : | Calendar: | |
| Corrections; JOHN D. CAULFIELD, : | | |
| Individually and in His Official : | | |
| Capacity Warden, Correctional : | | |
| Treatment Facility, Corrections : | | |
| Corporation of America; MARQUIS : | | |
| JOHNSON, Individually and in His : | | |
| Official Capacity Correctional Officer, : | | |
| Correctional Treatment Facility; : | | |
| : | | |
| *and* : | | |
| : | | |
| JOHN DOE, Individually and in His : | | |
| Official Capacity Correctional Officer, : | | |
| Correctional Treatment Facility, : | | |
| Corrections Corporation of America : | | |
| : | | |
| *Defendants* : | | |
| : | | |

### NOTICE OF DEPOSITION OF ALEJANDRO DIAZ

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| PERSON TO BE EXAMINED: | Alejandro Diaz |
| DATE AND TIME OF DEPOSITION: | Tuesday, July 24, 2007 at 9:30 a.m. |
| LOCATION OF DEPOSITION: | FCI MIAMI<br>FEDERAL CORRECTIONAL INSTITUTION<br>15801 S. W. 137th Avenue<br>Miami, FL 33177<br>Telephone:  (305) 259-2100<br>Facsimile:  (305) 259-2160 |
| COURT REPORTER: | Friedman, Lombardi & Olson<br>19 W. Flagler Street, #924<br>Miami, FL 33130<br>Telephone:  (305) 371-6677<br>Facsimile:  (305) 374-5292 |

JONES, SKELTON & HOCHULI

By   s/  Rachel Love Halvorson
   Daniel P. Struck (D.C. Bar No. C00037)
   Rachel Love Halvorson (Arizona Bar No. 019881)
    Admitted Pro Hac Vice April 6, 2007
   JONES, SKELTON & HOCHULI, P.L.C.
   2901 North Central Avenue, Suite 800
   Phoenix, Arizona 85012
   Telephone: (602) 263-1700
   Facsimile: (602) 263-1784

   Paul Maloney (D.C. Bar No. 3632533)
   Mariana Bravo (D.C. Bar No. 473809)
   Colleen E. Durbin (D.C. Bar No. 500039)
   CARR MALONEY, P.C.
   1615 L. St. NW, Ste. 500
   Washington, D.C. 20036
   Telephone (202) 310-5500
   Facsimile: (202) 310-5555

- 3 -

>Counsel for Defendants *District of Columbia, Corrections Corporation of America, Inc., Devon Brown, John Caulfield, and Marquis Johnson*

Foregoing electronically filed this 14th day of June, 2007.