CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
G Add Attorney and address to system

**SYSTEMS OFFICE:**
G Firm moved to new address      G Verified
G Address correction/modification
☒ Person Name change/correction
G Firm Name change/correction
G Create Flag:   G Pro Bono      G Pro Hac Vice
G Other:

**ATTORNEY (PRO SE) FIX SPECIALIST:**
G Pro Se moved to new address
G Attorney moved to new address
G Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
G Create flag:
G Government   G Gvt Not Certified   G RTC Attorney
G Attorney listed with Aprovisional@ flag
G Attorney listed with Aincomplete@ flag

---

Case No.: **1:06 CV 01845**      ☒ Attorney      G Pro Se
Bar ID No.: **019881**      Prisoner ID No.: _____
Name: **RACHEL LOVE**

**OLD ADDRESS:**

Office: _____

Unit: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____

---

**NEW ADDRESS:**

Office: _____

Unit: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone: _____

COMMENTS: **NAME CHANGE FROM RACHEL LOVE HALVORSON TO RACHEL LOVE.**

DATE: _____   Deputy Clerk: _____