IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEJANDRO DIAZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 06-1845 (EGS) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S CONSENTED MOTION TO AMEND PLEADINGS AND TO CORRECT SPELLING OF DEFENDANT MARQUI JOHNSON**

Plaintiff, by undersigned counsel, submits this Consented Motion to Amend the Pleadings, pursuant to Fed. R. Civ. P. 15, and to correct the spelling of a previously named defendant.

Plaintiff's complaint incorrectly spells the name of a defendant and requests that it be corrected to identify the defendant as Marqui Johnson.

In addition, plaintiff's complaint identified one of the defendants as John Doe. It has been determined that Thomas Ford is the defendant previously so identified, and therefore, plaintiff requests that the pleadings be amended to reflect that Thomas Ford, Individually and in his Official Capacity as a Correctional Officer, is a named defendant in this action.

For these reasons, plaintiff respectfully requests that this Consented Motion be granted.

                                                     Respectfully submitted,

                                                     _____
                                                     Miguel A. Serrano
                                                     1700 Pennsylvania Ave, NW
                                                     Suite 400
                                                     Washington, DC 20006
                                                     202-452-1160
August 30, 2007                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion was sent this 30th day of August, 2007, postage prepaid by U.S. Mail to the following:

> Rachel Love, Esq.
> Jones, Skelton & Hochuli, P.L.C.
> 2901 North Central Avenue
> Suite 800
> Phoenix, AZ 85012

_____
Miguel A. Serrano