**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALEJANDRO DIAZ,** )  )  **Plaintiff** ) vs. ) ) **DISTRICT OF COLUMBIA,** *et al.*, ) ) **Defendants.** ) | **CIVIL ACTION NO. 06-1845 (EGS)** |

**NOTICE OF ORAL DEPOSITION**

Notice is hereby given that the deposition of Marqui Johnson will be taken before an officer authorized by law to administer an oath.  The deposition will commence at 9:30 a.m. on October 5, 2007 at the following location:

>Office of Miguel A. Serrano
>Attorney for Plaintiff, Alejandro Diaz
>1700 Pennsylvania Avenue, NW
>Suite 400
>Washington, DC 20006

Respectfully submitted,

_____
Miguel A. Serrano
1700 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006
Tel (202) 452-1160

September 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2007, a copy of the foregoing Notice of Oral Deposition was served upon defendants' counsel by electronic means.

_____
Miguel A. Serrano