**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALEJANDRO DIAZ | : | |
| (aka Osmin Juarez) | : | |
| | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | Civil Action No. 1:06-cv-01845 EGS |
| | : | |
| THE DISTRICT OF COLUMBIA; | : | |
| CORRECTIONS CORPORATION OF | : | |
| AMERICA, INC.; DEVON BROWN, | : | |
| Individually and in His Official | : | |
| Capacity Director , DC Department of | : | |
| Corrections; JOHN D. CAULFIELD, | : | |
| Individually and in His Official | : | |
| Capacity Warden, Correctional | : | |
| Treatment Facility, Corrections | : | |
| Corporation of America; MARQUIS | : | |
| JOHNSON, Individually and in His | : | |
| Official Capacity Correctional Officer, | : | |
| Correctional Treatment Facility; | : | |
| | : | |
| *and* | : | |
| | : | |
| JOHN DOE, Individually and in His | : | |
| Official Capacity Correctional Officer, | : | |
| Correctional Treatment Facility, | : | |
| Corrections Corporation of America | : | |
| | : | |
| *Defendants.* | : | |

**DEFENDANTS CORRECTIONS CORPORATION OF AMERICA, JOHN CAULFIELD,**
**MARQUI JOHNSON, DISTRICT OF COLUMBIA AND DEVON BROWN'S DEMAND**
**FOR JURY TRIAL**

Defendants, Corrections Corporation of America ("CCA"), John Caulfield, Marqui

Johnson, District of Columbia ("D.C.") and Devon Brown, through counsel, and pursuant to

Rule 38, FED.R.CIV.P.,  hereby request a trial by jury of all triable issues in the above-

captioned matter.

- 2 -

Respectfully submitted this 3rd day of October, 2007.

s/ Daniel P. Struck

Daniel P. Struck (D.C. Bar No. CO0037)
Rachel Love (Arizona Bar No. 019881)
  Admitted Pro Hac Vice April 6, 2007
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 714-7304
Facsimile: (602) 200-7811 (direct)

Paul J. Maloney (D.C. Bar No. 3632533)
Mariana D. Bravo (D.C. Bar No. 473809)
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 310-5500
Facsimile:  (202) 310-5555

Counsel for Defendants *John Caulfield, Marquis
Johnson, Corrections Corporation of America,
District of Columbia and Devon Brown, Director,
D.C. Department of Corrections*

Foregoing electronically filed this
3rd day of October, 2007.

1832346.1