UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEJANDRO DIAZ : | | |
| (aka Osmin Juarez) : | | |
| : | | |
| *Plaintiff* : | | |
| : | | |
| v. : | Civil Action No. 1:06CV01845 | |
| : | | |
| THE DISTRICT OF COLUMBIA; : | | |
| CORRECTIONS CORPORATION OF : | | |
| AMERICA, INC.; DEVON BROWN, : | | |
| Individually and in His Official : | Judge: | Emmet G. Sullivan |
| Capacity Director, DC Department of : | Calendar: | Status Conference |
| Corrections; JOHN D. CAULFIELD, : | | November 7, 2007 |
| Individually and in His Official : | | 11:00 a.m. |
| Capacity Warden, Correctional : | | |
| Treatment Facility, Corrections : | | |
| Corporation of America; MARQUIS : | | |
| JOHNSON, Individually and in His : | | |
| Official Capacity Correctional Officer, : | | |
| Correctional Treatment Facility; : | | |
| : | | |
| *and* : | | |
| : | | |
| JOHN DOE, Individually and in His : | | |
| Official Capacity Correctional Officer, : | | |
| Correctional Treatment Facility, : | | |
| Corrections Corporation of America : | | |
| : | | |
| *Defendants* : | | |
| : | | |

## NOTICE OF SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE SET FOR NOVEMBER 7, 2007

Defendants, through counsel and with consent provided by Plaintiff, hereby notify this Court that the parties in this matter have reached a settlement agreement. Accordingly, the parties request this Court vacate the Status Conference currently set for November 7, 2007, at 11:00 a.m.

As soon as the settlement is finalized, the parties will file a stipulated dismissal of this action.

Respectfully submitted this 30th day of October, 2007.

    s/ Daniel P. Struck
Daniel P. Struck (D.C. Bar No. CO0037)
Rachel Love (Arizona Bar No. 019881)
  Admitted Pro Hac Vice April 6, 2007
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 714-7304
Facsimile: (602) 200-7811 (direct)

Paul J. Maloney (D.C. Bar No. 3632533)
Mariana D. Bravo (D.C. Bar No. 473809)
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 310-5500
Facsimile:  (202) 310-5555

Counsel for Defendants *John Caulfield, Marquis Johnson, Corrections Corporation of America, District of Columbia and Devon Brown, Director, D.C. Department of Corrections*

Foregoing electronically filed this
30th day of October, 2007.

1842197.1