## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALEJANDRO DIAZ             :
  (aka Osmin Juarez)        :
                               :

      *Plaintiff*          :
                               :

        v.               :     Civil Action No. 1:06CV01845
                               :

THE DISTRICT OF COLUMBIA;   :
CORRECTIONS CORPORATION OF  :
AMERICA, INC.; DEVON BROWN,  :
Individually and in His Official   :     Judge:        Emmet G. Sullivan
Capacity Director , DC Department of :     Calendar:
Corrections; JOHN D. CAULFIELD,  :
Individually and in His Official   :
Capacity Warden, Correctional     :
Treatment Facility, Corrections    :
Corporation of America; MARQUIS  :
JOHNSON, Individually and in His  :
Official Capacity Correctional Officer, :
Correctional Treatment Facility;    :
                               :

        *and*         :
                               :

JOHN DOE, Individually and in His  :
Official Capacity Correctional Officer, :
Correctional Treatment Facility,    :
Corrections Corporation of America  :

      *Defendants*      :
                               :

## PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through counsel, hereby stipulate and agree that the above-captioned

matter may be dismissed with prejudice as to each party and every claim, each party to

bear his/her/its own costs and attorneys' fees.

Respectfully submitted this 12TH day of ~~October~~ DECEMBER, 2007.

    s/Rachel Love
Daniel P. Struck (D.C. Bar No. CO0037)
Rachel Love (Arizona Bar No. 019881)
   Admitted Pro Hac Vice April 6, 2007
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 714-7304
Facsimile: (602) 200-7811 (direct)

Paul J. Maloney (D.C. Bar No. 3632533)
Mariana D. Bravo (D.C. Bar No. 473809)
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 310-5500
Facsimile: (202) 310-5555

Counsel for Defendants *John Caulfield, Marquis
Johnson, Corrections Corporation of America,
District of Columbia and Devon Brown, Director,
D.C. Department of Corrections*

    Miguel A. Serrano
1700 Pennsylvania Ave, NW
Suite 400
Washington, DC 20006
Tel:   (202) 452-1160
Fax:   (202) 349-1499
serranomas@gmail.com
Counsel for *Plaintiff*

- 2 -

Foregoing electronically filed this
12TH day of DECEMBER, 2007.

1850404.1