## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALEJANDRO DIAZ                           :
  (aka Osmin Juarez)                     :
                                                      :
      *Plaintiff*                              :
                                                      :
        v.                                   :    Civil Action No. 1:06CV01845
                                                     :
THE DISTRICT OF COLUMBIA;                :
CORRECTIONS CORPORATION OF               :
AMERICA, INC.; DEVON BROWN,              :
Individually and in His Official         :    Judge:          Emmet G. Sullivan
Capacity Director , DC Department of     :    Calendar:
Corrections; JOHN D. CAULFIELD,          :
Individually and in His Official         :
Capacity Warden, Correctional            :
Treatment Facility, Corrections          :
Corporation of America; MARQUIS          :
JOHNSON, Individually and in His         :
Official Capacity Correctional Officer,  :
Correctional Treatment Facility;         :
                                                   :
        *and*                                :
                                                   :
JOHN DOE, Individually and in His        :
Official Capacity Correctional Officer,  :
Correctional Treatment Facility,         :
Corrections Corporation of America       :
                                                   :
      *Defendants*                          :
                                                   :

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED dismissing the

above-referenced captioned matter in its entirety, with prejudice, with each party to bear

his/her/its own costs and attorneys' fees.

- 2 -

DATED this ____ day of _____, 2007.


_____
Honorable Emmet G. Sullivan
United States District Court Judge

1850414.1